IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



JOSEPH GRIFFITH,

    Petitioner,

v.                                  Civil Action No. 3:14CV47

UNITED STATES OF AMERICA,

    Respondent.

**FINAL ORDER**

In accordance with the accompanying Memorandum Opinion, it is ordered that:

    1.    Griffith's Objections (ECF No. 13) are overruled;
    2.    The Report and Recommendation is accepted and adopted;
    3.    The action is dismissed for want of jurisdiction; and,
    4.    The Court denies a certificate of appealability.

Should Griffith desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within sixty (60) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is directed to send a copy of the Final Order to Griffith.

It is so ORDERED.

                                        /s/    REP
                                  Robert E. Payne
Date: May 8, 2015          Senior United States District Judge
Richmond, Virginia